**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 24, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00734-CV**

---

**IN RE COMPASS RE TEXAS, LLC; HANK JEANS; AND EVA MARIE JEANS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-07105**

---

## MEMORANDUM OPINION

On October 5, 2023, relators Compass Re Texas, LLC; Hank Jeans; and Eva Marie Jeans filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to

compel the Honorable Rabeea Sultan Collier, presiding judge of the 113th District Court of Harris County, to vacate her June 30, 2023 orders denying relators' motions (1) for leave to designate responsible third party and (2) to strike real parties interest's response.

On October 13, 2023, relators advised the court that the parties had reached a settlement of all claims at mediation and relators were withdrawing their petition for writ of mandamus and motion for emergency stay as moot.

Accordingly, we dismiss relators' petition for writ of mandamus and motion for emergency stay for want of jurisdiction.


PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.